UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| TENA J. CLARK, | ) |
|---|---|
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:24-cv-0312-TRM-SKL |
| | ) |
| MEIGS COUNTY, TENNESSEE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

The above-styled case has been reviewed pursuant to E.D. Tenn. L.R. 3.2(d)(3), and the Court concludes this case is related to previously filed case No. 1:24-cv-0165, which is assigned to District Judge Curtis L. Collier and Magistrate Judge Susan K. Lee, styled *Hannah Ashbrook v. Meigs County, Tennessee, et al.* The Clerk of the Court is directed to bring the above matter to the attention of the Chief United States District Judge for possible reassignment of this case to the district judge assigned to previously filed case No. 1:24-cv-0165-CLC-SKL, *Hannah Ashbrook v. Meigs County, Tennessee, et al.* No reassignment is needed as to the magistrate judge as the case is already assigned to the previously assigned magistrate judge.

SO ORDERED.

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE