# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| TENA J. CLARK, ) | |
| ) | Case No. 1:24-cv-312 |
| *Plaintiff*, ) | |
| ) | |
| v. ) | |
| ) | |
| MEIGS COUNTY, TENNESSEE, and ) | |
| CASEY STOKES, ) | |
| ) | |
| *Defendants*. | |

## ORDER

Pursuant to 28 U.S.C. § 137, it is hereby **ORDERED** that the above referenced case is **REASSIGNED** to the Honorable Curtis L. Collier, United States District Judge, for all further proceedings.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**CHIEF UNITED STATES DISTRICT JUDGE**