UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| HANNAH ASHBROOK, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | 1:24-cv-165 |
| v. | ) | |
| | ) | Judge Curtis L. Collier |
| MEIGS COUNTY, TENNESSEE, *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |
| | ) | |
| TENA J. CLARK, | ) | |
| | ) | |
| | ) | 1:24-cv-312 |
| *Plaintiff,* | ) | |
| | ) | Judge Curtis L. Collier |
| v. | ) | |
| | ) | |
| MEIGS COUNTY, TENNESSEE, *et al.*, | ) | |
| | ) | |
| *Defendants.* | ) | |

**O R D E R**

Before the Court are motions by Plaintiff Hannah Ashbrook in Case No. 1:24-cv-165 (Doc. 22) and Plaintiff Tena J. Clark in Case No. 1:24-cv-312 (Doc. 9) requesting "this Court enter a Special Order admonishing the Defendant Casey Stokes and his counsel, including Attorney Matthew Rogers, to refrain from making extrajudicial statements in violation of the requirements of Local Rule 83.2(a) and clarifying expected codes of conduct in this matter." (Case No. 1:24-cv-165, Doc. 23 at 5; Case No. 1:24-cv-312, Doc. 10 at 7.)

The Court concluded that these two cases are related pursuant to E.D. Tenn. L.R. 3.2(d)(3). (Case No. 1:24-cv-312, Doc. 11.) The Court will hold a hearing on Plaintiffs' motions (Case No. 1:24-cv-165, Doc. 22; Case No. 1:24-cv-312, Doc. 9) on **Monday,**

**November 25, 2024, at 2:00 p.m. Eastern Time** at the federal courthouse in Chattanooga, Tennessee.

       **SO ORDERED.**

       **ENTER:**

                                            /s/
                                            **CURTIS L. COLLIER**
                                            **UNITED STATES DISTRICT JUDGE**