| | |
|---|---|
| TENA J. CLARK, ) | |
| ) | |
|    *Plaintiff,* ) | |
| ) | No. 1:24-cv-312 |
| v. ) | |
| ) | Judge Collier |
| MEIGS COUNTY, TENNESSEE, *et al.*, ) | Magistrate Judge Dumitru |
| ) | |
|    *Defendants.* ) | |

## **SCHEDULING ORDER**

**1.**    *Introduction*: Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, a scheduling conference was held in this cause on **January 16, 2025**.

**2.**    *Jurisdiction*: The subject matter jurisdiction of the Court has been invoked pursuant to **28 U.S.C. § 1331** and **is not** in dispute.

**3.**    *Consent to Magistrate Judge*: The parties **do not** consent that all proceedings in this case may be conducted by a United States Magistrate Judge in accordance with 28 U.S.C. § 636(c).

**4.**    *Settlement/Alternative Dispute Resolution*: The possibility of settlement is **poor** at this time.

**5.**    *Disclosure and Discovery*:

    (a)   *Fed. R. Civ. P. 26(f) Meeting*:

        The parties will hold a discovery planning meeting as required by Rule 26(f) on **January 24, 2025, at 4 p.m. Eastern time**. The meeting will be held **by telephone**.

    (b)   *Discovery Plan*:

        At the Rule 26(f) meeting, the parties shall develop a discovery plan and file it with the Court within **fourteen (14) days** after said meeting. This discovery plan shall conform to the provisions of Fed. R. Civ. P. 26(f).

    (c)   *Initial Disclosures*: The parties shall make all disclosures required by Rule 26(a)(1) on or before **January 31, 2025**.

(d) *All Discovery*: Limited discovery for purposes of resolving the issue of judicial immunity will be completed by **April 15, 2025**.

(e) *Dispositive Motions*: All dispositive motions related to the issue of judicial immunity shall be filed as soon as possible, but no later than **May 30, 2025**. The failure to timely file such motions will be grounds to summarily deny them.

6. *Other Scheduling Matters*

(a) *Additional Scheduling*: The Court will hold an additional scheduling conference or conferences after issuing its decision on judicial immunity and qualified immunity.

**Should the scheduled trial date change for any reason, the other dates contained in this order shall remain as scheduled. Should the parties desire a change in any of the other dates, they should notify the Court by motion and seek an order changing those dates.**

**SO ORDERED.**

**ENTER:**

/s/ _____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

\#
\#