IN THE UNITED STATES DISTRIT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| TENA J. CLARK,<br><br>    Plaintiff,<br><br>v.<br><br>MEIGS COUNTY, TENNESSEE; and<br>CASEY STOKES, in his individual capacity<br>As Meigs County General Sessions Judge,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)   Case No. 1:24-cv-312<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO DISMISS CASEY STOKES
## ON THE GROUNDS OF JUDICIAL IMMUNITY

Comes the Defendant, Casey Stokes, by and through counsel, and respectfully moves the Court pursuant to Federal Rules of Civil Procedure 12 and 56 for an order dismissing the case against him with prejudice on the grounds that Judge Stokes is absolutely immune from Plaintiff's cause of action pursuant to the Doctrine of Judicial Immunity.

WHEREFORE, Casey Stokes, respectfully requests the Court enter an order dismissing him with prejudice.

ARTHUR F. KNIGHT, III

*s/Arthur F. Knight, III*
Arthur F. Knight, III, BPR #016178
Law Office of Arthur F. Knight, III
3248 Tazewell Pike, Suite 103
Knoxville, TN 37918
P: (865) 252-0430
art@artknightlaw.com
*Attorney for Defendant Casey Stokes*

1

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that this document or pleading was served via the Court's ECF filing system on all users authorized and directed to receive such service. Dated May 29, 2025.

                                                *s/Arthur F. Knight, III*
                                                Arthur F. Knight, III

2

Case 1:24-cv-00312-CLC-MJD   Document 25   Filed 05/29/25   Page 2 of 2   PageID #: 121