UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| TENA CLARK, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>MEIGS COUNTY, TENNESSEE, *et al*., )<br>)<br>*Defendants*. )<br>) | 1:24-cv-312<br><br>Judge Curtis L. Collier<br>Magistrate Judge Michael J. Dumitru |

# O R D E R

Before the Court is a motion to dismiss filed by Defendant Casey Stokes ("Defendant"). (Doc. 25.) Plaintiff has responded (Doc. 29) and Defendant has replied. (Doc. 30). For the reasons set forth in the accompanying Memorandum, the Court **DENIES** Defendant's motion to dismiss (Doc. 25).

**SO ORDERED.**

**ENTER:**

/s/_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**