# IN THE UNITED STATES DISTRIT COURT FOR THE
# EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| TENA J. CLARK, | ) |
|     Plaintiff, | ) |
| v. | ) Case No. 1:24-cv-312 |
| MEIGS COUNTY, TENNESSEE; and<br>CASEY STOKES, in his individual capacity<br>As Meigs County General Sessions Judge, | ) |
|     Defendants. | ) |

## MOTION FOR ADDITIONAL SCHEDULING

Comes the Defendants, Casey Stokes and Meigs County, Tennessee, by and through counsel, and respectfully moves the Court for the issuance of an order requesting additional scheduling as provided for in the Scheduling Order issued January 17, 2025. Judge Stokes' Motion to Dismiss on the ground of judicial immunity was denied December 12, 2025, and the Scheduling Order provides that additional scheduling will occur after that date.

WHEREFORE, it is respectfully requested that Defendants' Motion be granted and that additional scheduling and/or an additional scheduling conference be held in the above-captioned matter.

Respectfully submitted this 23rd day of December, 2025.

LAW OFFICE OF ARTHUR F. KNIGHT, III

*s/Arthur F. Knight, III*
Arthur F. Knight, III, BPR #016178
Law Office of Arthur F. Knight, III
3248 Tazewell Pike, Suite 103
Knoxville, TN 37918
P: (865) 252-0430
art@artknightlaw.com
*Attorney for Defendants*

1

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that this document or pleading was served via the Court's ECF filing system on all users authorized and directed to receive such service. Dated December 23, 2025.

                                            *s/Arthur F. Knight, III*
                                            Arthur F. Knight, III

2

Case 1:24-cv-00312-CLC-MJD     Document 33     Filed 12/23/25     Page 2 of 2     PageID #: 305