UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| TENA CLARK, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | 1:24-cv-312 |
| v. ) | |
| ) | Judge Curtis L. Collier |
| MEIGS COUNTY, TENNESSEE, *et al.*, ) | Magistrate Judge Michael J. Dumitru |
| ) | |
| *Defendants*. ) | |
| ) | |

**O R D E R**

Before the Court is a motion for an additional scheduling conference by Defendants Casey Stokes and Meigs County, Tennessee. (Doc. 33.) The scheduling order in this case provides that "the Court will hold an additional scheduling conference or conferences after issuing its decision on judicial immunity and qualified immunity." (Doc. 22 at 2.) The Court recently denied Defendant Casey Stokes's motion to dismiss on the grounds of judicial immunity. (Doc. 32.) Therefore, the motion is **GRANTED**, and the Court will set an additional scheduling conference.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**