IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| TENA J. CLARK,<br>    Plaintiff, | |
| v. | Docket No 1:24-cv-312<br>JURY DEMAND |
| MEIGS COUNTY, TENNESSEE; and<br>CASEY STOKES, in his individual capacity<br>as Meigs County General Sessions Judge;<br>Defendants. | |

## MOTION FOR MEDIATION

Pursuant to Eastern District of Tennessee Local Rule 16.4, Plaintiff requests that the Court refer this case for mediation by a mediator selected by the Court. Plaintiff has propounded written discovery and proposed deposition dates for March 2026. Such active discovery will only serve to drive up legal costs borne by both parties. Plaintiff has requested that the parties engage in mediation and proposed some mediators. No agreement to mediate has been reached among the parties.

Defendant believes this matter by be resolved through mediation. Therefore, Plaintiff unilaterally seeks a referral from the Court at this time.

                                            **Respectfully submitted,**
                                            **TENA CLARK,**
                                            **Plaintiff, by her attorney,**

CHANCEY- KANAVOS

BY:  /s/ H. Franklin Chancey               
        G. SCOTT KANAVOS, BPR #013192
        H. FRANKLIN CHANCEY, BPR#013187
        Attorneys for Plaintiff
        P.O. Box 42
        Cleveland, TN 37364-0042
        (423) 479-9186
        scott@cklplaw.com
        franklin@cklplaw.com

1

## CERTIFICATE OF SERVICE

  The undersigned certifies that a copy of the foregoing disclosures is being served upon counsel of record (but not filed with the Court) via e-mail transmission and via U.S. Mail, directed/addressed as follows:

    LAW OFFICE OF ARTHUR F. KNIGHT III
    Arthur F. Knight III
    3248 Tazewell Pike, Suite 103
    Knoxville, TN 37918
    E: arthur@arthurfknightlaw.com

    Sheridan C.F. Randolph
    255 N Ocoee St
    P.O. Box 1035
    Cleveland, TN 37364-1035
    sheridan@sheridanrandolph.com

  This 14th day of January, 2026.

            BY: /s/ H. Franklin Chancey
              H. FRANKLIN CHANCEY