IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE

TENA J. CLARK, )
)
    Plaintiff, )
)
v. ) Case No. 1:24-cv-312
)
MEIGS COUNTY, TENNESSEE; and )
CASEY STOKES, in his individual capacity )
As Meigs County General Sessions Judge, )
)
    Defendants. )
)

## DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR MEDIATION [DOC. 36]

Come the Defendants, by and through counsel, and respond to the Plaintiff's Motion for Mediation as follows:

Defendants do not oppose the Motion. Unlike what the language of the Motion states, however, Defendants have made no representations whatsoever concerning mediation.

This 15th day of January, 2026.

                                    LAW OFFICE OF ARTHUR F. KNIGHT, III

                                    *s/Arthur F. Knight, III*
                                    Arthur F. Knight, III, BPR #016178
                                    Law Office of Arthur F. Knight, III
                                    3248 Tazewell Pike, Suite 103
                                    Knoxville, TN 37918
                                    P: (865) 252-0430
                                    art@artknightlaw.com

                                    *Attorney for Defendants*

1

## CERTIFICATE OF SERVICE

      I hereby certify that on January 15, 2026, a copy of the foregoing Response to Plaintiff's Motion for Mediation was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

                                                  */s/ Arthur F. Knight, III*
                                                  Arthur F. Knight, III