UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| TENA CLARK, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | 1:24-cv-312 |
| v. | ) | |
| | ) | Judge Curtis L. Collier |
| MEIGS COUNTY, TENNESSEE, *et al.*, | ) | Magistrate Judge Michael J. Dumitru |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

**O R D E R**

Before the Court is a motion to refer this case for mediation.  (Doc. 36.)  Defendants do not oppose the motion for mediation.  (Doc. 37.)

The Court may refer all or part of an underlying dispute to mediation "[w]ith or without the agreement of the parties in any civil action."  *See* E.D. Tenn. L.R. 16.4(a).  Here, the parties agree to mediate.  (Doc. 37 at 1.)  They also represented to the Court during a scheduling conference that they agreed on a mediator and could complete the mediation within ninety days.

The Court **GRANTS** Plaintiff's motion to refer this case to mediation (Doc. 36).  The parties will complete mediation and provide a status report on or before **July 1, 2026.**

**SO ORDERED.**

**ENTER:**

**/s/**_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**