# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTIRCT OF TENNESSEE

TENA J. CLARK,                                    )
                                                  )
        Plaintiff,                                )
                                                  )
v.                                                )        No. 1:24-cv-00312
                                                  )
MEIGS COUNTY, TENNESSEE; and                      )
CASEY STOKES, in his individual capacity          )
As Meigs County General Sessions Judge,           )
                                                  )
        Defendants.                               )

## MOTION TO WITHDRAW

Comes the undersigned, and respectfully moves the Court for an Order allowing him to withdraw from representing Defendants in the above-titled action as his services have been terminated.

Respectfully submitted this 18 day of March, 2026.

LAW OFFICE OF ARTHUR F. KNIGHT, III

s/Arthur F. Knight, III
Arthur F. Knight, III, BPR #016178
3248 Tazewell Pike, Suite 103
Knoxville, TN 37918
P: (865) 252-0430
F: (865) 252-0434
art@artknightlaw.com
Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2026, a copy of the foregoing Motion to Withdraw was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

*/s/ Arthur F. Knight, III*
Arthur F. Knight, III
