**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

**TENA CLARK,**

    **Plaintiff,**

**vs.**

**MEIGS COUNTY, TENNESSEE et al.,**

    **Defendants.**

**CASE #124 CV 312**
**Judge Curtis L. Collier**
**Magistrate Judge Michael J. Dumitru**

**NOTICE OF APPEARANCE FOR DEFENDANTS**

COMES NOW the firm of MICHEL AND WARD P.C**.,** and counsel **Alix C. Michel** and **David J. Ward** and hereby give notice of their appearance as counsel of record for Defendants MEIGS COUNTY, TENNESSEE and CASEY STOKES in this matter. It is respectfully requested that all pleadings, notices, or papers hereinafter filed with or issued by the clerk include the undersigned in the certificate of service and ECF filings.

    Respectfully submitted,

    MICHEL AND WARD, P.C.

    By: /S/ ALIX C. MICHEL
        **Alix C. Michel (BPR No. 024243)**
        **David J. Ward (BPR No. 013449)**
    735 Broad Street, Suite 406
    Chattanooga, Tennessee 37402
    Telephone: 423.602.9522
    Facsimile: 423.265.9524
    alix@michelandward.com
    david@michelandward.com
    *Attorneys for Defendants*

This 30th day of March 2026.

1
