UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

TENA J. CLARK, )
)
Plaintiff, )
)
v. )         No. 1:24-cv-312-CLC-MJD
)
MEIGS COUNTY, TENNESSEE, and )
CASEY STOKES, )
)
Defendants. )

## ORDER

Before the Court is a motion to withdraw as counsel [Doc. 40 ("Motion to Withdraw")] filed by attorney Arthur F. Knight, who is counsel of record for Defendants Meigs County and Judge Casey Stokes. Attorneys Alix Michel and David Ward have now entered an appearance on behalf of both Defendants [Doc. 41]. In addition, Meigs County will remain represented by Attorney Sheridan Randolph. Accordingly, the Court **GRANTS** the Motion to Withdraw [Doc. 40] consistent with Eastern District of Tennessee Local Rule 83.4(f) ("Where a party is represented by multiple counsel of record, an attorney may withdraw, provided the party is still being represented by another attorney of record, upon the filing of a notice of withdrawal.").

SO ORDERED.

ENTER:

/s/ _____
MIKE DUMITRU
UNITED STATES MAGISTRATE JUDGE