UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| TENA CLARK, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | 1:24-cv-312 |
| v. | ) | |
| | ) | Judge Curtis L. Collier |
| MEIGS COUNTY, TENNESSEE, *et al.*, | ) | Magistrate Judge Michael J. Dumitru |
| | ) | |
| *Defendants*. | ) | |
| | ) | |

## **O R D E R**

Before the Court is a motion to continue the scheduling conference in this case. (Doc. 49.) Defendant has responded. (Doc. 50.)

Plaintiff represents that counsel is scheduled to begin a jury trial in Bradley County, Tennessee, on June 24, 2026, which will take two full days to try. (Doc. 49 at 1.) Plaintiff also represents that the parties are scheduled for their second mediation on July 14, 2026. (*Id.*) Defendant does not object to a brief continuance and requests the scheduling conference be set after the July 14, 2026, second mediation.

For good cause shown, the Court **GRANTS** Plaintiff's motion (Doc. 49). The scheduling conference in this case will be held **July 23, 2026, at 2:00 p.m.**

SO ORDERED.

ENTER:

/s/ _____
MIKE DUMITRU
UNITED STATES MAGISTRATE JUDGE