# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT CHATTANOOGA

TENA CLARK,

      **Plaintiff,**

**vs.**

**MEIGS COUNTY, TENNESSEE et al.,**

      **Defendants.**

**CASE #124 CV 312**
**Judge Curtis L. Collier**
**Magistrate Judge Michael J. Dumitru**

---

**STATE OF TENNESEE**
**COUNTY OF HAMILTON**

### AFFIDAVIT OF ERIC J. OLIVER

1) My name is Eric J. Oliver and I am over 18 years of age.

2) I am an attorney licensed to practice law in Tennessee and have held an active Tennessee license since October of 1995.

3) I am a member in good standing with the Tennessee Supreme Court and currently practice at the law firm of Patrick, Schulman, Beard & Jacoway.

4) My law office is in Chattanooga TN.

5) I have personal knowledge of the facts set forth in this affidavit.

6) I have also reviewed the Complaint filed in this matter and can confirm that I have no conflicts herein.

7) I believe there are no grounds for my disqualification under 28 U.S.C. §455.

8) I am familiar with issues surrounding absolute judicial immunity and am available and willing to attend the deposition of Defendant Stokes and make rulings on any objections in real-time to ensure the deposition proceeds smoothly and that the scope of inquiry remains appropriate for all parties in this case.

1

Affidavit of
Eric J Oliver

9) My hourly fee for legal services is $440, but I have agreed to reduce my standard rate to $375.

10) I have read the above and swear that it is true and correct to the best of my information and belief.

Further Affiant sayeth Naught.

_____
Eric J Oliver (AFFIANT)

Sworn to and subscribed before me
this __7th__ day of July, 2026.

_____
Notary Public

My Commission Expires:___2/28/28___

2