IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

TENA CLARK,
    Plaintiff,

vs.

                           No. #124CV312
                           JURY DEMAND

MEIGS COUNTY, TENNESSEE, et al.,
    Defendants.

---

## OPPOSITION TO CASEY STOKES' MOTION
## FOR APPOINTMENT OF ATTORNEY ERIC J. OLIVER
## AS SPECIAL MASTER FOR HIS DEPOSITION

---

Plaintiff files this Opposition to Defendant Casey Stokes' Motion for Appointment of

Eric J. Oliver as Special Master For His Deposition. [Doc. 52] A Brief in Support is attached to

this Opposition.

Respectfully submitted,

CHANCEY- KANAVOS

BY:   /s/ H. Franklin Chancey
    H. FRANKLIN CHANCEY (BPR#013187)
    Attorneys for Plaintiff
    P.O. Box 42
    Cleveland, TN 37364-0042
    (423) 479-9186
    franklin@cklplaw.com