**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF TENNESSEE**

**TENA J. CLARK,**
     **Plaintiff,**

**v.**                                                    **Docket No 1:24-cv-312**
                                                      **JURY DEMAND**

**MEIGS COUNTY, TENNESSEE; and**
**CASEY STOKES, in his individual capacity**
**as Meigs County General Sessions Judge;**
**Defendants.**

---

**STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO CASEY STOKES**

---

The parties stipulate, pursuant to *Federal Rule of Civil Procedure* 41, that this action be dismissed with prejudice as to all claims and causes of action as to Casey Stokes **in his individual and official capacity as Meigs County General Sessions Judge**, with all of Plaintiff's claims and causes of action remaining fully intact as to Defendant Meigs County, Tennessee.

| | |
|---|---|
| **CHANCEY – KANAVOS** | **MICHEL AND WARD, P.C.** |
| By: /s/ H. FRANKLIN CHANCEY | By: /s/ ALIX C. MICHEL |
|     H. Franklin Chancey (BPR #013187) |     Alix C. Michel (BPR No. 024243) |
|     *Attorney for Plaintiff* |     David J. Ward (BPR No. 013449) |
|     P.O. Box 42 |     *Attorneys for Defendant Stokes* |
|     Cleveland, TN 37364-0042 |     735 Broad Street, Suite 406 |
|     T: (423) 479-9186 |     Chattanooga, Tennessee 37402 |
|     E: franklin@cklplaw.com |     T: 423.602.9522 |
| |     alix@michelandward.com |
| |     david@michelandward.com |

**SHERIDAN C.F. RANDOLPH**

By: /s/ SHERIDAN C.F. RANDOLPH
    Sheridan C.F. Randolph, BPR #034520
    *Attorney for Defendant Meigs County*
    255 N Ocoee St
    P.O. Box 1035
    Cleveland, TN 37364-1035
    sheridan@sheridanrandolph.com

1
