**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE**

**TENA J. CLARK,**
      **Plaintiff,**

**v.**                                    **Docket No 1:24-cv-312**
                                              **JURY DEMAND**

**MEIGS COUNTY, TENNESSEE; and
CASEY STOKES, in his individual capacity
as Meigs County General Sessions Judge;
Defendants.**

---

**NOTICE OF STATUS AND MOTION TO CONTINUE SCHEDULING CONFERENCE**

---

      This matter is set for a Scheduling Conference on July 23, 2026, pursuant to this Court's Order entered June 23, 2026. [Doc. 51] The parties, by and through counsel, announce to this Court that the parties have reached a conditional compromise and settlement of all claims in this case which requires the execution of multiple settlement-related documents in a particular sequence. The parties are in the process of finalizing and executing the required settlement documents which they reasonably anticipate will be finalized within the next 30-days.

      Pursuant to *Fed. R. Civ. P.* Rule 6(b), the parties request that this Court continue the Scheduling Conference until after August 24, 2026, to allow time for the parties to file a Joint Stipulation of Dismissal pursuant to Rule 68.1 to dismiss this action in its entirety or to request that the matter be placed back on the Court's active docket.

**CHANCEY – KANAVOS**

By: /s/ H. FRANKLIN CHANCEY
    H. Franklin Chancey (BPR #013187)
    *Attorney for Plaintiff*
    P.O. Box 42
    Cleveland, TN 37364-0042
    T: (423) 479-9186
    E: franklin@cklplaw.com

**SHERIDAN C.F. RANDOLPH**

By: /s/ SHERIDAN C.F. RANDOLPH
    Sheridan C.F. Randolph, BPR #034520
    *Attorney for Defendant Meigs County*
    255 N Ocoee St
    P.O. Box 1035
    Cleveland, TN 37364-1035
    sheridan@sheridanrandolph.com

1

**MICHEL AND WARD, P.C.**

By: /s/ ALIX C. MICHEL
Alix C. Michel (BPR No. 024243)
David J. Ward (BPR No. 013449)
*Attorneys for Defendant Stokes*
735 Broad Street, Suite 406
Chattanooga, Tennessee 37402
T: 423.602.9522
alix@michelandward.com
david@michelandward.com

2