UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| TENA CLARK, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | 1:24-cv-312 |
| v. | ) | |
| | ) | Judge Curtis L. Collier |
| MEIGS COUNTY, TENNESSEE, | ) | Magistrate Judge Michael J. Dumitru |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

## **O R D E R**

Before the Court is a joint motion to continue the scheduling conference in this case. (Doc. 57.)

The parties represent that they "have reached a conditional compromise and settlement of all claims in this case." (*Id.* at 1.) They are in the process of finalizing and executing the required settlement-related documents. (*Id.*)

For good cause shown, the Court **GRANTS** the motion (Doc. 57). The scheduling conference in this case will be held **September 17, 2026, at 2:00 p.m.**

**SO ORDERED.**

**ENTER:**

**/s/**_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**