UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| **TENA CLARK,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**MEIGS COUNTY, TENNESSEE et al.,**<br><br>**Defendants.** | **CASE #124 CV 312**<br>**Judge Curtis L. Collier**<br>**Magistrate Judge Michael J. Dumitru** |

**JOINT STIPULATION OF DISMISSAL**

COME NOW Plaintiff TENA CLARK and Defendant MEIGS COUNTY TENNESSEE and jointly stipulate that, since all remaining claims in this case have been resolved/settled, the Court enter an Order dismissing the entire Complaint with prejudice, each party to bear their own costs, expenses and fees. The Clerk's Costs are respectfully requested to be divided as between the Plaintiff and MEIGS COUNTY. The parties request the Court enter an Order reflecting same.

Respectfully submitted this 14th day of September 2026 by:


**CHANCEY - KANAVOS**

By: /s/Alix Michel with permission of H. Franklin Chancey
**H. Franklin Chancey (BPR No. 013187)**
P.O. Box 42
Cleveland, TN 37364
Telephone: 423-479-9186
*Attorneys for Plaintiff*

**SR LAW**

By: /s/Alix Michel with permission of SCF Randolph
**Sheridan C. F. Randolph (BPR No.034520)**
255 N. Ocoee St., P.O. Box 1035
Cleveland, TN 37364-1035
*Attorney for MEIGS COUNTY*